UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC |
| THIS DOCUMENT RELATES TO: | HON. KAREN K. CALDWELL |
| **JAMES WILKINS** | **SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |
| VS. | |
| **BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, AND MCKESSON CORPORATION** | Case No.: |

## SHORT FORM COMPLAINT

Plaintiff(s) incorporate by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

Upon information and belief, Plaintiff(s) further allege(s) as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, James Wilkins, is a resident and citizen of Shiloh, North Carolina and claims damages as set forth below.

2. ~~Plaintiff's Spouse, [*INSERT NAME*], is a resident and citizen of [*INSERT CITY*~~

~~AND STATE] and claims damages as set forth below.~~ [*Cross out spousal claim if not applicable.*]

3. Plaintiff brings this action [*check the applicable designation*]:

   ☒ On behalf of himself;

   ☐ ~~In representative capacity as the [*INSERT NATURE OF REPRESENTATION (e.g., Administrator of the Estate of \_\_\_\_....)*], having been duly appointed on [*INSERT DATE*] by the [*INSERT COURT*]. A copy of the Letters of Administration or Letters Testamentary for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate, or other appropriate court of the jurisdiction of the decedent.~~ [*Cross out if not applicable.*]

4. State in which Plaintiff(s) allege(s) injury:  North Carolina.

5. Defendants [*check Defendants against whom Complaint is made*]:

   ☒ Bristol-Myers Squibb Company

   ☒ AstraZeneca Pharmaceuticals, LP

   ☒ McKesson Corporation

6. Jurisdiction is proper based upon diversity of citizenship.

7. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is United States District Court for the Western District of North Carolina.

## FACTUAL ALLEGATIONS

8. On or about November 1, 2016, Dr. Mark Olesen prescribed Saxagliptin to treat

2

Plaintiff for type 2 diabetes.

9. During the time of usage of Saxagliptin, Plaintiff was a resident and citizen of Shiloh, North Carolina.

10. Neither Plaintiff nor Dr. Mark Olesen knew or had reason to know that Saxagliptin could cause heart failure or congestive heart failure.

11. As a result of taking Saxagliptin on or about July 6, 2018, Plaintiff sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed by Dr. Mark Olesen at Hampton VA Medical Center.

12. ~~As a result of taking [SPECIFY ONGLYZA OR KOMBIGLYZE XR], on or about [INSERT DATE], Plaintiff sustained [SPECIFY ADDITIONAL INJURIES CLAIMED] as diagnosed by [INSERT NAME OF DIAGNOSING DOCTOR/FACILITY] [RESULTING IN HIS/HER DEATH ON [INSERT DATE]].~~ [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

13. Plaintiff claims damages as a result of [*Check all that are applicable*]:

    ☒ Injury to self
    ☐ Injury to the person represented
    ☐ Wrongful death
    ☐ Survivorship action
    ☒ Economic loss
    ☐ Loss of consortium

14. Defendants, by their actions or inactions, proximately caused the injuries to

3

Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

15. The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint (Dkt. 185) and are herein adopted by reference [*check all that are applicable*]:

- ☒ Count I – Strict Liability/Design Defect
- ☒ Count II – Negligence
- ☒ Count III – Strict Liability/Failure to Warn
- ☒ Count IV – Breach of Warranty of Merchantability
- ☒ Count V – Breach of Express Warranty
- ☒ Count VI – Breach of Implied Warranty
- ☒ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade Practices under the Law of the State of _____.
- ☐ Count VIII – Loss of Consortium
- ☐ Count IX – Survival Action
- ☐ Count X – Wrongful Death
- ☒ Count XI – Punitive Damages
- ☐ Count XII – Other _____
- ☐ Count XIII – Other _____

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):

_____

_____

_____

## PRAYER FOR RELIEF

Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the

full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated: July 19, 2019

Respectfully submitted,

/s/John Abaray
John Abaray
Thomas Law Offices
9418 Norton Commons Blvd, Suite 200
Louisville, KY  40059
Tel: (502) 688-5053
Fax: (877) 955-7002
john.abaray@thomaslawoffices.com